```
        IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF OHIO
                  EASTERN DIVISION
```

**GABRIELLE RENOIR-LARGE,** *et al.***,**

    **Plaintiffs,**

   **vs.**                              **Civil Action 2:11-CV-0023**
                                            **Judge Marbley**
                                            **Magistrate Judge King**

**NORMA DARWIN LANE,**

    **Defendant.**

### ORDER

On May 20, 2011, the United States Magistrate Judge issued a *Report and Recommendation* recommending that defendant's motion for a temporary restraining order and/or preliminary injunction, Doc. No. 44,[1] be denied.  *Report and Recommendation*, Doc. No. 59.  The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so.  While no party has filed an objection to the *Report and Recommendation*, defendant has filed a request to modify the Magistrate Judge's recommendation[2] in order to accurately reflect two allegations contained in her motion.  *Defendant's Request for Modification of Order*, Doc No. 63.  Specifically, defendant first asks the Court to modify the recommendation to reflect her allegation that she received a telephone call at 6:11 p.m. in which plaintiff Ransbottom screamed

---

[1] The Court construed defendant's request for "an Order of Protection" to be a request for a temporary restraining order and/or preliminary injunction. *Order*, Doc. No. 46.

[2] Defendant mistakenly refers to the Magistrate Judge's recommendation as an "order."  Doc. No. 63 (referring to the decision issued on May 20, 2011 and attaching a page from the *Report and Recommendation*).

at her and used profanity.  *Id*.  Defendant also seeks modification reflecting her allegation that she received a second telephone call at 5:11 a.m. on December 31, 2010, during which there was dead silence. *Id*.  Defendant's request in this regard, Doc. No. 63, is **GRANTED**.

With that exception, the *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.**  Defendant's motion for a temporary restraining order and/or preliminary injunction, Doc. No. 44, is **DENIED**.


                                      s/Algenon L. Marbley
                                       Algenon L. Marbley
                               United States District Judge

DATED:  July 6, 2011