IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


GABRIELLE RENOIR-LARGE, *et al.*,

    Plaintiffs,

vs.

    Civil Action 2:11-CV-0023
    Judge Marbley
    Magistrate Judge King

NORMA DARWIN LANE,

    Defendant.


## ORDER

On July 20, 2011, the United States Magistrate Judge issued a *Report and Recommendation* recommending that plaintiffs' motions for temporary restraining order and/or preliminary injunction be denied. Doc. No. 86. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation*, Doc. No. 86, is hereby **ADOPTED** and **AFFIRMED**. Plaintiffs' motions for temporary restraining orders and/or preliminary injunction, Doc. Nos. 14 and 15, are **DENIED**.

                                        Algenon L. Marbley
                                        United States District Judge